UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14078-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAZARO PROENZA,

        Defendant,
and

ELIO R. GONZALEZ,

        Surety.
_____/

## ORDER REVOKING SURETY AND ESTREATING APPEARANCE BOND

This matter is before the Court on the United States' Motion for revocation and estreature of the personal surety appearance bond of Defendant LAZARO PROENZA, and surety Elio R. Gonzalez, in the sums of $25,000, and $2,500 (ten percent), and is amply supported by the records of this Court; therefore, it is

**ORDERED and ADJUDGED** that the appearance bond of Defendant LAZARO PROENZA in the sums of $25,000 and $2,500 (ten percent), plus interest, if any, are hereby revoked and estreated.

**DONE and ORDERED** in Chambers in Miami, Florida, this 2nd day of October 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

**SERVICE LIST**

UNITED STATES v. LAZARO PROENZA
CASE NO. 06-14078-CR-GRAHAM/LYNCH
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

Rinku Talwar, AUSA
EMAIL: rinku.talwar@usdoj.gov
United States Attorney's Office
505 S. Second Street, Suite 200
Fort Pierce, FL 34950
TEL: 772-466-0899
FAX: 772-595-3606
Attorney for Plaintiff, United States of America
Method of Service: CM/ECF

***TWO CERTIFIED COPIES***
Elizabeth Stein, AUSA
United States Attorney's Office
99 N.E. 4th Street, Suite 400
Miami, FL  33132
TEL: 305-961-9000
FAX: 305-530-7139
Attorney for Plaintiff, United States of America
Method of Service: Interoffice Mail

Mr. Michael G. Smith
EMAIL: smithlawdefend@aol.com
Auto Nation Tower
110 SE 6th St, Ste 1970
Fort Lauderdale   FL   33301
TEL: 954-761-7201
FAX: 954-764-2443
Attorney for Defendant Proenza
Method of Service:  CM/ECF

Mr. Elio R. Gonzalez, Surety
1955 N. Torrington Road
Avon Park, Florida 33825
Method of Service: U.S. Mail