UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14078-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAZARO PROENZA,

    Defendant,
and

ELIO R. GONZALEZ,

    Surety.
_____/

## FINAL JUDGMENT OF FORFEITURE OF APPEARANCE BONDS

This matter is before the Court on the United States' Motion for a Final Judgment of Forfeiture of Appearance Bond against Defendant LAZARO PROENZA, and as to surety ELIO R. GONZALEZ. The United States seeks to forfeit the appearance bond posted with this Court in the sum of $25,000 as to the personal surety bond, and $2,500 as to the ten percent surety bond, plus accrued interest, if any, and the Court having noted the previous revocation and estreature of said appearance bond, and having found no basis for exonerating or remitting the bonds, it is

**ORDERED and ADJUDGED** that plaintiff, United States of America, have judgment against Defendant LAZARO PROENZA and surety, ELIO R. GONZALEZ, as to the personal surety bond, who posted the collateral, in the sum of $25,000 and $2,500 ten percent, plus

accrued interest, if any, as to the ten percent surety bond, respectively, together with interest thereon from the date of this judgment as prescribed by Title 28, United States Code, Section 1961; and it is further,

**ORDERED and ADJUDGED** that any and all monies or things of value deposited with the Registry Fund Account of the Clerk of Court as security for the aforesaid bonds shall be forthwith transferred to the treasury of the United States in accordance with Title 28, United States Code, Sections 2042 and 2043; and it is further

**ORDERED and ADJUDGED** that any and all real or personal property, wherever situated and in whomsoever's custody it may be, pledged or granted to the United States to secure payment of the aforesaid bonds, is hereby forfeited to the United States and subject to disposition according to law.

**DONE and ORDERED** in Chambers in Miami, Florida, this 14th day of October, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

## SERVICE LIST

UNITED STATES v. LAZARO PROENZA
CASE NO. 06-14078-CR-GRAHAM/LYNCH
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

Rinku Talwar, AUSA
EMAIL: rinku.talwar@usdoj.gov
United States Attorney's Office
505 S. Second Street, Suite 200
Fort Pierce, FL 34950
TEL: 772-466-0899
FAX: 772-595-3606
Attorney for Plaintiff, United States of America
Method of Service: CM/ECF

***TWO CERTIFIED COPIES***
Elizabeth Stein, AUSA
United States Attorney's Office
99 N.E. 4th Street, Suite 400
Miami, FL  33132
TEL: 305-961-9000
FAX: 305-530-7139
Attorney for Plaintiff, United States of America
Method of Service: Interoffice Mail

Mr. Michael G. Smith
EMAIL: smithlawdefend@aol.com
Auto Nation Tower
110 SE 6th St, Ste 1970
Fort Lauderdale  FL  33301
TEL: 954-761-7201
FAX: 954-764-2443
Attorney for Defendant Proenza
Method of Service:  CM/ECF

Mr. Elio R. Gonzalez, Surety
1955 N. Torrington Road
Avon Park, Florida 33825
Method of Service: U.S. Mail